■ MONT FOOD CORP., Respondent, v HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant. — Order, Supreme Court, New York County (Greenfield, J.), entered on May 5, 1981, unanimously affirmed. (See *Carp's Delicatessen Corp. v Allcity Ins. Co.*, 83 AD2d 504.) Respondent shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARAH JONES, on Behalf of CARL SUTTON, Appellant, v THEODORE WEST, Respondent. — Appeal from order, Supreme Court, New York County (Lang, J.), entered on August 14, 1979, unanimously dismissed as moot, and application by appellant's counsel to withdraw as counsel denied. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Lupiano and Bloom, JJ.